JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
Email:        jkirsch@gibsonrobb.com

Attorneys for Plaintiff
THE NOCO COMPANY

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/09/2025 11:25 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By L. Ascencio, Deputy Clerk

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

UNLIMITED JURISDICTION

| | |
|---|---|
| THE NOCO COMPANY, a corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>TD LOGISTICS, INC., a corporation, HYUNDAI MERCHANT MARINE CO., LTD., a corporation; and DOES ONE through TWENTY,<br><br>              Defendants. | Case No.  **25LBCV03346**<br><br>**COMPLAINT FOR NON-DELIVERY OF CARGO**<br><br>―――――――――――――――――<br><br>  1. Breach of Contract (Carriage of Goods by Sea Act) |

Plaintiff's complaint follows:

**GENERAL ALLEGATIONS**

1.      Plaintiff THE NOCO COMPANY ("NOCO"), is now, and at all times material was, a corporation, duly organized and existing by virtue of law, and plaintiff NOCO was the owner of the hereinafter described cargo.

2.      Plaintiff is informed and believes and on the basis of that information and belief alleges that defendant TD LOGISTICS, INC., a corporation ("TD"), HYUNDAI MERCHANT MARINE CO., LTD. ("HMM"), a corporation, and DOES ONE through TWENTY, are and were

COMPLAINT FOR NON-DELIVERY OF CARGO
Case No. _____; Our File No. 5481.22

at all times material acting as international ocean carriers of goods for hire in the State of Los Angeles, County of California.

3. The true names of defendants sued herein as DOE ONE through DOE TWENTY, each of whom is or may be responsible for the events and matters herein referred to, and each of whom caused or may have caused or contributed to the damage herein complained of, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said defendants when the same have been ascertained.

4. Plaintiff is informed and believes, and on the basis of such information and belief, alleges that a shipment of portable air compressors and batteries in intermodal container no. FWRU0289190 (the "cargo") was received in good order and condition by defendants on or about September 26, 2024 at Yantian, China. Plaintiff further alleges that defendants TD and HMM and DOE ONE through DOE TWENTY, agreed, under contracts of carriage, including bill of lading no. TD2409023001A, and others, and in return for good and valuable consideration, to transport and carry the cargo to Cleveland, Ohio via the Port of Los Angeles, California, and there deliver said cargo to the lawful owners of the cargo in the same condition as when received.

5. Thereafter, in breach of and in violation of said agreements, said defendants did not deliver said cargo in the same good order, condition, and quantity as when received at Yantian, China. To the contrary, said defendants, and each of them, failed to deliver a substantial portion of the subject shipment, as a result of which that portion of the cargo was lost. The value of the undelivered cargo was $96,101.12, or another amount to be proven at trial.

6. The loss of the cargo gives rise to a claim for relief and cause of action under the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 Note.

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against the defendants; that this Court decree payment by the defendants to Plaintiff in the amount of $96,101.12, or another amount to be proven at trial, together with prejudgment interest thereon, costs of suit herein, and attorney's fees to the extent provided for by law or contract; and that Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

COMPLAINT FOR NON-DELIVERY OF CARGO
Case No. _____; Our File No. 5481.22

2

Respectfully submitted,

Dated: December 9, 2025                GIBSON ROBB & LINDH LLP

Joshua E. Kirsch
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
THE NOCO COMPANY

COMPLAINT FOR NON-DELIVERY OF CARGO
Case No. _____; Our File No. 5481.22                3